UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                          CRIMINAL NO. 5:13-cr-5-DCB-FKB

PAUL WINFIELD

## DEFENDANT PAUL WINFIELD'S MOTION FOR CONTINUANCE

COMES NOW, Defendant Paul Winfield ("Winfield"), by and through his counsel of record, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, and hereby respectfully moves the Court for a continuance of the trial setting in this matter for the August 2013 term. As grounds for this Motion, counsel submits as follows:

1. Mr. Winfield is charged with one count of bribery in violation of 18 U.S.C. §666(d) and a forfeiture allegation pursuant to 18 U.S.C. §981(a)(1)(C) and 18 U.S.C. §2461(c).

2. Mr. Winfield requests an extension of time because the parties continue to negotiate with the intent to resolve this matter.

3. The United States has no objection to this request.

4. Defendant Winfield acknowledges and waives his right to a speedy trial

5. This Motion is not made to harass this Court. It is in the interests of justice this motion is granted in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(8).

6. Winfield respectfully requests the Court waive any supporting Memorandum of Law requirements.

WHEREFORE, the Defendant, Paul Winfield, by and through counsel, respectfully files this motion to continue the trial setting from its current setting.

Respectfully submitted, this the 25th day of July, 2013.

                                                  Respectfully submitted,

                                                  PAUL WINFIELD

                                                  By:   /s/  Terris C. Harris
                                                        Terris C. Harris, J.D., LL.M. (MSB # 99433)

OF COUNSEL:

Dennis C. Sweet, III  (MSB # 8105)
SWEET & ASSOCIATES, PA
158 East Pascagoula Street
Jackson, MS 39201
Telephone: (601) 965-8700
Facsimile: (601) 965-8719

## **CERTIFICATE OF SERVICE**

    I, Terris C. Harris, Attorney for Defendant Paul Winfield, here certify that I electronically filed foregoing Motion to Continue with the Clerk of the Court using the EFC system which sent notification of such filing to:

    D. Michael Hurst, Jr. / Mike.Hurst@usdoj.gov>

    This Thursday, July 25, 2013.

    /s/ Terris C. Harris

    TERRIS C. HARRIS