UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:13-CR-5-DCB-FKB

PAUL WINFIELD

ORDER OF CONTINUANCE

This cause having come before the Court on the motion of the defendant to continue this matter and the United States advising that it has no objection to said motion, and the Court having considered said motion, finds that for the following reasons said motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that defense counsel and the Government need additional time to negotiate with the intent to resolve this matter.  Pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar and finds that this motion should be granted for the reasons above.

IT IS, THEREFORE, ORDERED that this matter be continued until

September 30, 2013, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

IT IS FURTHER ORDERED AND ADJUDGED that all pretrial matters and deadlines are adjusted accordingly.

SO ORDERED this the 2nd day of August, 2013.

s/David Bramlette<br>
UNITED STATES DISTRICT JUDGE