# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                            CAUSE NO. 5:13cr5-DCB-FKB

PAUL WINFIELD                                                    DEFENDANT

## MOTION TO WITHDRAW

**COMES NOW,** John M. Colette, Esq., counsel for Defendant herein and files this his Motion to Withdraw from any/all further representation of the Defendant and as grounds in support of same, would respectfully show unto this Honorable Court the following, to-wit:

1.

That the aforementioned defendant is already represented by Mr. Dennis Sweet, Esq.

2.

That undersigned counsel stood in at the arraignment for the defendant, but has not filed any formal Entry of Appearance on the defendant's behalf, nor does he have any kind of financial agreement with the defendant.

3.

There is no prejudice or harm to the defendant, as he is already represented by Mr. Dennis Sweet, Esq.

**WHEREFORE**, **PREMISES CONSIDERED**, John M. Colette, Esq. your movant herein, respectfully requests that this Motion to Withdraw be received and considered by this Honorable Court and after same an Order issue discharging him from any/all further representation of your defendant in this cause.

Respectfully submitted,

　_/s/ John M. Colette_　
JOHN M. COLETTE, ATTORNEY
FOR DEFENDANT

# CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have this day delivered, via CM/ECF notification, a true and correct copy of the above and foregoing Motion to Withdraw, to:

1. Honorable Judge David Bramlette
   P.O. Box 928
   Natchez, Mississippi 39121

2. David Michael Hurst , Jr
   Assistant United States Attorney
   501 East Court Street
   Suite 4.430
   Jackson, Mississippi 39201

THIS, the 5th day of September, 2013.

.

                                                      ***/s/ John M. Colette***
                                                  JOHN M. COLETTE, ATTORNEY
                                                  FOR DEFENDANT

**JOHN M. COLETTE, MSB #6376**
John M. Colette & Associates
190 East Capitol Street
Suite 475
Post Office Box 861
Jackson, MS 39201
(601) 355-6277   Telephone
(601) 355-6283   Facsimile
jcole83161@aol.com