IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                 CRIMINAL NO. 5:13cr5DCB-FKB

PAUL WINFIELD

## AGREED PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Plea Agreement between **PAUL WINFIELD** and the **UNITED STATES OF AMERICA** (the Government), **PAUL WINFIELD** acknowledges and agrees that the following findings are correct, and further agrees with the adjudications made.

THEREFORE the Court finds as follows:

1. The defendant is fully aware of the consequences of having agreed to forfeit to the Government his interests in and to the hereinafter described property, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of the consequences, entered into a Plea Agreement with the Government to forfeit such property.

2. Based upon a factual basis presented by the Government, to which the defendant agrees, the **$7,000.00 money judgment**, constitutes property that was received as proceeds involved in the violation charged in the Indictment and was monetary proceeds traceable to such violation. Further, the Indictment charges the defendant with bribery concerning programs receiving Federal funds, in violation of Title 18, United States Code, Section 666(a)(1)(B). Such property is, therefore, subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

3. The defendant has been apprised that Rule 32.2 of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 982 require the Court to order the forfeiture of the **$7,000.00 money judgment** at and as a part of the sentencing proceeding. He does hereby waive such requirement and the requirement that the forfeiture be made a part of the sentence as ordered

by the Court in the document entitled, "Judgment in a Criminal Case." The defendant and his attorney further authorize the Court to enter this order immediately, and agree that the forfeiture ordered hereunder will be a part of the sentence of the Court whether ordered at that proceeding or not and whether or not attached as a part of the said Judgment in the Criminal Case.

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

a. That the government is granted a **money judgment** of forfeiture from the defendant, **PAUL WINFIELD**, in the amount of **$7,000.00**, which represents proceeds the defendant received from the violation set forth in the Indictment of this matter as provided for in Fed. R. Crim. P. 32.2.

b. That any ancillary hearing is hereby dispensed with as the forfeiture provides for a money judgment. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Agreed Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing [or before sentencing if the defendant consents] and shall be made part of the sentence and included in the judgment, and that this order shall be enrolled in all appropriate Judgment Rolls.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED AND ADJUDGED this 16th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

GREGORY K. DAVIS
United States Attorney

_____
D. MICHAEL HURST, JR.
Assistant United States Attorney

_____
PAUL WINFIELD, Defendant

_____
DENNIS SWEET, Esq.
Attorneys for Defendant